UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LATONYA MILLER, on behalf of herself
and those similarly situated,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.;
and JOHN DOES 1 to 10,

    Defendant.

Case No. 22-cv-1386

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, Convergent Outsourcing, Inc. ("COI"), through undersigned counsel, hereby removes the above-captioned civil action from the Essex County Superior Court of the State of New Jersey to the United States District Court for the District of New Jersey. The removal of this civil case is proper because:

1. On or about February 7, 2022, Plaintiff, Latonya Miller ("Plaintiff"), commenced a civil action in the Essex County Superior Court of the State of New Jersey, entitled and captioned as *Latonya Miller, on behalf of herself and those similarly situated v. Convergent Outsourcing, Inc. and John Does 1 to 10,* Case No. EXS-L-865-22 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

2. In the Complaint, Plaintiff alleges statutory causes of action against COI under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. A true

1

and correct copy of plaintiff's Complaint, together with all process, pleadings and orders served on COI, is attached hereto as **Exhibit A**. Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because plaintiff affirmatively alleges violations of federal law, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. RGS received a copy of the Summons and Complaint on February 14, 2022.

4. The time within which RGS is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which RGS received a copy of the Summons and Complaint. *See* 28 U.S.C. § 1446.

5. The Essex County Superior Court of the State of New Jersey is located within the United States District Court for the District of New Jersey. Therefore, venue for purposes of removal is proper because the United States District Court for the District of New Jersey embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Written notice of this Notice of Removal of this action is being immediately provided to the Essex County Superior Court of the State of New Jersey. *See* **Exhibit B** attached hereto.

7. Written notice of this Notice of Removal of this action is being caused to be served on all counsel and parties of record, including plaintiff through her counsel.

WHEREFORE, defendant, Convergent Outsourcing, Inc., hereby removes to this Court the State Court Action.

Dated: March 15, 2022          Respectfully Submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.
SESSIONS ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (866) 334-0661
Email: aeasley@sessions.legal
*Counsel for Defendant,*
*Convergent Outsourcing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of New Jersey, and served via CM/ECF and U.S. Mail upon the following:

Yongmoon Kim
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, NJ 07601

Ronald I. LeVine
Eileen L. Linarducci
LAW OFFICE OF RONALD I. LEVINE, ESQ.
10 River Street, Suite 11
Hackensack, NJ 07601

*/s/ Aaron R. Easley*
Attorney

Case 2:22-cv-01386-KM-ESK   Document 1   Filed 03/15/22   Page 4 of 4 PageID: 4